UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **GLASS, LEWIS & CO., LLC,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. A-25-CV-01153-ADA |
| **KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS;** | § | |
| Defendant. | § | |

## ORDER

On July 24, 2025, Plaintiff Glass, Lewis, & Co., LLC ("Glass Lewis") filed this case against Defendant Ken Paxton, in his official capacity as Attorney General of Texas, challenging the constitutionality of Senate Bill 2337 ("S.B. 2337" or "the Act"). *See* ECF No. 1. The same day, Glass Lewis filed its Motion for Preliminary Injunction, seeking to enjoin enforcement of the Act against it. ECF No. 4. According to the Certificate of Service filed by Glass Lewis, Defendant was served on July 25, 2025. ECF No. 9. As of August 11, 2025, Defendant has not filed any opposition papers.

Accordingly, **IT IS ORDERED** that Defendant has until August 15, 2025 at 5:00PM to file any opposition briefing to the Motion for Preliminary Injunction. Glass Lewis shall have until August 22, 2025 at 5:00PM to file any reply.

**IT IS FURTHER ORDERED** that a hearing regarding the Motion for Preliminary Injunction is set for August 28, 2025 at 10:30AM. Due to the Court's schedule, this hearing shall be conducted in in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX. All parties and counsel must appear at this hearing.

2

**IT IS FINALLY ORDERED** that Glass Lewis shall immediately serve a copy of this Order on Defendant and file a certificate of service on the docket upon doing so.

**SIGNED** this 11th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2