IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **GLASS, LEWIS & CO., LLC,** *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-01153-ADA |
| **KEN PAXTON, in his official capacity as the Texas Attorney General,** *Defendant*. | § § § § § | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT &
FILE RESPONSE AFTER 5:00 P.M.**

Defendant, Ken Paxton, in his official capacity as the Attorney General of Texas ("Paxton") respectfully requests leave of Court to file his response to Plaintiff's motion for preliminary injunction (Dkt. 14), which exceeds the twenty (20) page limit in Local Rule CV-7(D)(3) after 5:00 p.m. Defendant has attached the document to this motion as an exhibit in accordance with Local Rule CV-7(B).

I.

To comply with W.D. Tex. Administrative Policies and Procedures 12(e), Defendant was required to make a number of jurisdictional arguments generally reserved for a motion to dismiss in the response, warranting the need for additional space. The combined motion/response is roughly thirty-three (33) pages not including the caption page, table of contents, signature blocks, and certificates.

The Attorney General had hoped to get agreement from opposing counsel to not contest this request but was unable to do so; he did not determine until later in the day on Friday that he would be unable to do so making this filing a few minutes late.

**II.**

Defendant respectfully requests the Court grant this motion and allow Defendant leave to file the attached Response to Plaintiff's Motion for Preliminary Injunction in excess of the twenty (20) page limit in Local Rule CV-7(D)(3) and after 5:00 p.m. as required by the Court's Order (Dkt. 11).

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General
State Bar No. 24042176
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 241-9629
(512) 320-0667 fax
lee.winkelman@oag.texas.gov

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Dana Raphael, counsel for Plaintiff, via email on August 15, 2025, on the matter in this motion. The parties were unable to agree on the relief sought by this motion.

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2025, true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

                                            */s/ C. Lee Winkelman*
                                            C. LEE WINKELMAN
                                            Assistant Attorney General