IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLASS, LEWIS & CO., LLC,<br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as the Texas Attorney General,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:25-cv-01153-ADA |

## DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MOTION TO DISMISS

Defendant, Ken Paxton, in his official capacity as the Attorney General of Texas ("Paxton") respectfully requests leave of Court to file his Motion to Dismiss, which exceeds the twenty (20) page limit in Local Rule CV-7(D)(3). Defendant has attached the document to this motion as an exhibit in accordance with Local Rule CV-7(B).

**I.**

Defendant is filing a motion to dismiss under Federal Rules 12(b)(1) and 12(b)(6). There are multiple constitutional claims in this case and a number of grounds for dismissal, necessitating the needed additional space. The motion is roughly thirty-three (35) pages not including the caption page, table of contents, signature blocks, and certificates.

## II.

Defendant respectfully requests the Court grant this motion and allow Defendant leave to file the attached Motion to Dismiss in excess of the twenty (20) page limit in Local Rule CV-7(D)(3).

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General
State Bar No. 24042176
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 241-9629
(512) 320-0667 fax
lee.winkelman@oag.texas.gov

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiff, via email on August 15, 2025, on the matter in this motion. The parties were unable to agree on the relief sought by this motion.

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General
