IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC,<br>  *Plaintiff*, | §<br>§<br>§ |
| v. | §    CIVIL ACTION NO. 1:25-cv-01153-ADA |
| | §<br>§ |
| KEN PAXTON, in his official capacity<br>as the Attorney General of Texas,<br>  *Defendant.* | §<br>§<br>§ |

**CORRECTED CERTIFICATE OF CONFERENCE FOR DKT 13 DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant, Ken Paxton, in his official capacity as the Attorney General of Texas ("Paxton") files this corrected Certificate of Conference related to Doc. 13, Defendant's Moton for Leave to Exceed Page Limit.

Defendant's counsel conferred with Mr. Grant Martinez, Plaintiff's counsel of record concerning Defendant's Motion to Exceed Page Limits, but in light of the impending deadline to file was unable to reach an agreement in time.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division


*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General
State Bar No. 24042176
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 241-9629
(512) 320-0667 fax
lee.winkelman@oag.texas.gov

**COUNSEL FOR DEFENDANT**


### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General