UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| KEN PAXTON, *in his Official Capacity as Attorney General of Texas*, | ) Civil Action No. 25-cv-01153-ADA |
| Defendant; | ) |
| THE TEXAS STOCK EXCHANGE LLC and THE TEXAS ASSOCIATION OF BUSINESS, | ) |
| Intervenor-Defendants. | ) |

**ORDER REGARDING OPPOSED EMERGENCY MOTION OF THE TEXAS STOCK EXCHANGE AND THE TEXAS ASSOCIATION OF BUSINESS TO INTERVENE AS DEFENDANTS**

**THIS MATTER** comes before the Court on Proposed Intervenors the Texas Stock Exchange ("TXSE") and the Texas Association of Business's ("TAB") Emergency Motion to Intervene as Defendants pursuant to Federal Rule of Civil Procedure 24.

The Court will hear argument on the Intervenors' Motion to Intervene (ECF No. 22) at the outset of the 10:30 hearing on August 28, 2025.

SIGNED this 25th day of August 2025.

_____
The Honorable Judge Alan D. Albright
UNITED STATES DISTRICT JUDGE