UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-01153-ADA |
| | ) |
| KEN PAXTON, *in his Official Capacity as Attorney General of Texas*, | ) |
| | ) |
| Defendant. | ) |

**SECOND SUPPLEMENTAL DECLARATION OF JARED LEBRUN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1. My name is Jared LeBrun. I am fully competent to make this declaration and I have personal knowledge that the following facts are true and correct.

2. This declaration is made in support of Plaintiff Glass, Lewis & Co., LLC's ("Glass Lewis") Motion for a Preliminary Injunction. ECF 4.

3. I am an attorney at Yetter Coleman LLP and serve as counsel for Plaintiff Glass Lewis in the above-captioned case.

Exhibit 1 to this supplemental declaration is a true and correct copy of a Civil Investigative Demand issued by Attorney General Paxton's Consumer Protection Division against Glass Lewis on August 22, 2025. Counsel for Glass Lewis learned of this Civil Investigative Demand shortly after it filed the Supplemental LeBrun Declaration earlier this morning.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed in Houston, Texas, on August 27, 2025.

_____
Jared LeBrun

| | |
|---|---|
| Dated: August 27, 2025 | Respectfully submitted, |

**YETTER COLEMAN LLP**

/s/ *Bryce L. Callahan*
Bryce L. Callahan
State Bar No. 24055248
bcallahan@yettercoleman.com
Grant B. Martinez
State Bar No. 24104118
gmartinez@yettercoleman.com
Lily E. Hann
State Bar No. 24133836
lhann@yettercoleman.com
Jared LeBrun
State Bar No. 24144647
jlebrun@yettercoleman.com
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002 (fax)

*Attorneys for Plaintiff Glass, Lewis & Co., LLC*

### Certificate of Service

I certify that on August 27, 2025, a copy of this document will be served on counsel of record via the Court's e-filing system.

/s/ *Jared J. LeBrun*
Jared J. LeBrun