# Exhibit 1

# Lee Winkelman

| | |
|---|---|
| **From:** | Martinez, Grant <gmartinez@yettercoleman.com> |
| **Sent:** | Friday, August 22, 2025 5:33 PM |
| **To:** | Lee Winkelman; Laura Hendrix |
| **Cc:** | Callahan, Bryce |
| **Subject:** | Glass Lewis v. Paxton - Hearing information |

Lee,

At the Court's request, we wanted to pass along a message we received from the Court today about the hearing next Thursday: "the Court will not be receiving evidence or live testimony," the parties "don't need to bring witnesses," and "the hearing will just be arguments from counsel."

Thanks,
Grant

**Grant B. Martinez | Partner | Yetter Coleman LLP**

811 Main Street, Suite 4100, Houston, Texas 77002

(D) 713.632.8017 | (M) 646.463.3312 | (O) 713.632.8000

gmartinez@yettercoleman.com | Bio | vCard

1