# Exhibit 2

Case 1:25-cv-01153-ADA     Document 32-2     Filed 08/27/25     Page 1 of 3

# Lee Winkelman

| | |
|---|---|
| **From:** | Laura Hendrix |
| **Sent:** | Monday, August 25, 2025 3:48 PM |
| **To:** | Lee Winkelman |
| **Subject:** | Fw: 1:25-cv-01153: Glass, Lewis & Co v Ken Paxton; 1:25-cv-01160 ISS Inc v Ken Paxton: HEARING |

**From:** Jennifer Clark <Jennifer_Clark@txwd.uscourts.gov>
**Sent:** Monday, August 25, 2025 3:21 PM
**To:** Laura Hendrix <Laura.Hendrix@oag.texas.gov>
**Subject:** RE: 1:25-cv-01153: Glass, Lewis & Co v Ken Paxton; 1:25-cv-01160 ISS Inc v Ken Paxton: HEARING

Good afternoon,

You are correct.

Thank you,

Jen



**Jennifer Clark**
*Courtroom Deputy to the Honorable Alan D. Albright*
U.S. District Court
Western District of Texas
Office**:**     **(254)-750-1510**
Jennifer_Clark@txwd.uscourts.gov
Click our seal to visit the Texas Western District Court website

**From:** Laura Hendrix <Laura.Hendrix@oag.texas.gov>
**Sent:** Monday, August 25, 2025 12:15 PM
**To:** Jennifer Clark <Jennifer_Clark@txwd.uscourts.gov>
**Subject:** 1:25-cv-01153: Glass, Lewis & Co v Ken Paxton; 1:25-cv-01160 ISS Inc v Ken Paxton: HEARING
**Importance:** High

**CAUTION - EXTERNAL:**

Hello, Ms. Clark.

The two referenced matters listed above are set for hearing this Thursday at 10:30am.  Opposing counsel stated to Defendant that the Court will only be hearing argument, and no witnesses for either case.  I would like to confirm this with you that there will be no witnesses for either case.

Thank you in advance!

*Laura Hendrix*

Senior Legal Assistant
Office of the Attorney General
General Litigation Division
Direct: (512) 463-5574
Fax: (512) 320-0667
Laura.Hendrix@oag.texas.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.