IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLASS, LEWIS & CO., LLC,<br>*Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO. 1:25-cv-01153-ADA |
| KEN PAXTON, in his official capacity as the Texas Attorney General,<br>*Defendant*. | § § § § § | |

## ORDER

Before the Court is Defendant, Ken Paxton, in his official capacity as the Attorney General of Texas ("Paxton's") Emergency Motion to Set Evidentiary Hearing. ("Motion"). The Court has considered the Motion and any Responses and Replies and is of the opinion the Motion should be GRANTED.

The Court, therefore, GRANTS the Motion and resets the hearing on Plaintiff's Motion for Preliminary Injunction to _____, 2025 at _____.

At the hearing, the Court shall hear evidence presented by the parties on all relevant issues.

Dated: _____

_____
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE