UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLASS, LEWIS & CO., LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:25-CV-01153-ADA |
| | § | |
| KEN PAXTON | § | |

## ORDER RESETTING PRELIMINARY INJUNCTION & MOTION TO INTERVENE HEARING IN PERSON IN WACO

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION & MOTION TO INTERVENE HEARING IN PERSON IN WACO** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Friday, August 29, 2025 at 09:00 AM**.

IT IS SO ORDERED this 27th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE