IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC, §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>§<br>KEN PAXTON, in his official capacity §<br>as the Attorney General of Texas, §<br>    *Defendant*, §<br>§<br>THE TEXAS STOCK EXCHANGE §<br>LLC & THE TEXAS ASSOCIATION §<br>OF BUSINESS §<br>    *Intervenor-Defendants.* § | CIVIL ACTION NO. 1:25-cv-01153-ADA |

## DEFENDANT'S NOTICE OF APPEAL

Pursuant to Rules 3(a)(l) and 4(a)(l)(A) of the Federal Rules of Appellate Procedure, Defendant Ken Paxton, in his official capacity as Attorney General of Texas, files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Text Order entered August 29, 2025, granting Plaintiff's Motion for Preliminary Injunction (the "Motion") (Dkt. 4). The Text Order granting Plaintiff's Motion is immediately appealable under 28 U.S.C. § 1292(a)(l).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General
State Bar No. 24042176
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 241-9629
(512) 320-0667 fax
lee.winkelman@oag.texas.gov

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

*/s/ C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General