IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| KEN PAXTON, *in his Official Capacity as Attorney General of Texas*, | ) ) ) ) |
| *Defendant*; | ) ) ) |
| THE TEXAS STOCK EXCHANGE and THE TEXAS ASSOCIATION OF BUSINESS, | ) ) ) ) |
| *Intervenor-Defendants*. | ) ) |

Civil Action No. 1:25-cv-01153-ADA

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule[1] will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| Friday, September 12, 2025 | Discovery commences on all issues. Parties make initial disclosures. |
| Friday, October 10, 2025 | All motions to amend pleadings or to add parties shall be filed on or before this date. |
| Wednesday, November 19, 2025 | Fact Discovery Deadline. Any discovery requests must be propounded so that the responses are due by this date. |

---

[1] The Court notes that the parties have agreed to several modifications to this Court's standard scheduling order in light of the unique case schedule and the fact that this case will not be tried to a jury. As relevant here, the parties agree that objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be lodged in connection with the parties' pretrial exchanges and filings, with the Court to rule on those objections either during the pretrial conference or at trial. Furthermore, the parties (i) do not consent to try this case before a United States Magistrate Judge, and (ii) agree that deadlines for competing settlement demands and offers do not apply given the claims at issue. The Court incorporates those agreements herein.

1

| | |
|---|---|
| Wednesday, November 19, 2025 at 8:00 p.m. | Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| Friday, December 5, 2025 at 8:00 p.m. | Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| Tuesday, December 9, 2025 at 8:00 p.m. | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 30 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 30 pages. Any replies shall be filed and served on all other parties not later than 14 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. |
| Friday, December 19, 2025 | Expert Discovery Deadline. Expert discovery must be completed by this date. Any objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall not be filed until after the close of expert discovery, and no earlier than January 19, 2026. |
| Monday, January 19, 2026 at 8:00 p.m. | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, proposed exhibits, proposed deposition designations and counter-designations, identification of witnesses, trial schedule provisions, and all other pertinent information.<br><br>By this date the parties shall also file any objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 and shall be limited to 10 pages. |
| Monday, January 26, 2026 at 8:00 p.m. | By this date the parties shall file any (i) exhibit objections, (ii) witness objections, and (iii) deposition designation objections.<br><br>By this date the parties shall also file any responses to objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 and shall be limited to 10 pages. |
| Friday, January 30, 2026 at 9:00 a.m. | Final Pre-Trial Conference. |
| Monday, February 2, 2026 | Bench trial Commences at 9:00 a.m. |

**SIGNED** this 24th day of September, 2025.

_____
Alan D Albright
United States District Judge

2