# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC,        Plaintiff,        v.        KEN PAXTON, *in his Official Capacity as Attorney General of Texas*,        Defendant;        THE TEXAS STOCK EXCHANGE LLC and THE TEXAS ASSOCIATION OF BUSINESS,        Intervenor-Defendants. | Civil Action No. 25-cv-01153-ADA |

## NOTICE OF APPEAL

Intervenors the Texas Stock Exchange LLC and the Texas Association of Businesses hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's August 29, 2025 text order granting Plaintiff an injunction. That order is immediately appealable under 28 U.S.C. § 1292(a)(1).

Dated: September 29, 2025	Respectfully submitted,

/s/ *Mark W. Rasmussen*
Mark W. Rasmussen
Attorney-in-charge
Texas State Bar No. 24086291
Sidney Smith McClung
Texas State Bar No. 24083880
Timothy M. Villari
Texas State Bar No. 24125870
JONES DAY
2727 N. Harwood St., Suite 500
Dallas, TX 75201
mrasmussen@jonesday.com
smcclung@jonesday.com
tvillari@jonesday.com
Telephone:   +1.214.969.3939
Facsimile:    +1.214.969.5100

Noel J. Francisco (admitted *pro hac vice*)
D.C. Bar No. 464752
Brinton Lucas (admitted *pro hac vice*)
D.C. Bar No. 1015185
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
njfrancisco@jonesday.com
blucas@jonesday.com
Telephone:   +1.202.879.3939
Facsimile:   +1.602.626.1700

*Attorneys for Intervenor-Defendants*
*the Texas Stock Exchange LLC and*
*the Texas Association of Business*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Western District of Texas.

*/s/ Mark W. Rasmussen*
Mark W. Rasmussen

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Western District of Texas.

*/s/ Mark W. Rasmussen*
Mark W. Rasmussen