# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

GLASS, LEWIS & CO., LLC         §
                                              §      CIVIL NO:

vs.                                        §      AU:25-CV-01153-ADA

                                              §

KEN PAXTON                     §

## <u>ORDER RESETTING MOTIONS HEARING VIA ZOOM</u>

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTIONS HEARING VIA ZOOM**, on **Friday, December 19, 2025 at 11:00 AM**.

IT IS SO ORDERED this 4th day of December, 2025.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE