

United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Nov 25, 2025**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

**FILED**
November 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Christian Rodriguez___
DEPUTY

United States Court of Appeals
Fifth Circuit
**FILED**
November 25, 2025
Lyle W. Cayce
Clerk

―――――――――
No. 25-50771
―――――――――

GLASS, LEWIS & *Company*, L.L.C.,

*Plaintiff—Appellee*,

versus

KEN PAXTON, *Attorney General, State of Texas*,

*Defendant—Appellant*,

TEXAS STOCK EXCHANGE, L.L.C.; TEXAS ASSOCIATION OF BUSINESS,

*Intervenor Defendants—Appellants.*

―――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1153

―――――――――――――――――――

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of November 25, 2025, pursuant to Appellants' motions.

No. 25-50771

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT