# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**FILED**
November 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Christian Rodriguez
DEPUTY

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 25, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 25-50771   Glass v. Paxton
                       USDC No. 1:25-CV-1153

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Casey A. Sullivan, Deputy Clerk
                       504-310-7642

cc w/encl:
    Mr. Bryce Lee Callahan
    Mr. William Francis Cole
    Mr. Noel John Francisco
    Ms. Lily Estella Hann
    Mr. Jared LeBrun
    Mr. Brinton Lucas
    Mr. Grant Bellows Martinez
    Ms. Sidney Smith McClung
    Mr. William R. Peterson
    Mr. Nathaniel Anson Plemons
    Mr. Mark W. Rasmussen
    Mr. Timothy Michael Villari
    Mr. Charles Lee Winkelman