UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| KEN PAXTON, *in his Official Capacity as Attorney General of Texas*, | ) |
| Defendant; | ) Civil Action No. 25-cv-01153-ADA |
| THE TEXAS STOCK EXCHANGE LLC and THE TEXAS ASSOCIATION OF BUSINESS, | ) |
| Intervenor-Defendants. | ) |

## ORDER GRANTING-IN-PART DEFENDANTS' OPPOSED MOTION TO CONSOLIDATE CASES AND MODIFY CASE SCHEDULE AND TRIAL DATE

Before the Court is Defendants' Opposed Motion to Consolidate Cases and Modify Case Schedule and Trial Date (the "Motion") filed by Defendants the Texas Stock Exchange, the Texas Association of Business, and Ken Paxton, in his official capacity as the Attorney General of Texas (together, "Defendants"). ECF No. 57.

Having considered all the parties' briefing and the relevant law, the Court concludes that Defendants have demonstrated that they are entitled to an order consolidating the above captioned case with Case No. 1:25-cv-1160 for all purposes except trial. Case No. 1:25-cv-1153 will be designated the lead case. All other relief is **DENIED** at this time. The parties are **ORDERED** to meet and confer and propose an amended case schedule in the consolidated matters, with the -1153 case set for trial prior to the -1160 case. If the parties cannot agree on a case schedule, the parties are **ORDERED** to file competing proposals and email the law clerks a word document identifying the competing proposals.

Dated: 12/18/2025.

                                        ALAN D ALBRIGHT
                                        UNITED STATES DISTRICT JUDGE