UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC<br>　*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his Official Capacity as Attorney General of Texas,<br>　*Defendant*,<br><br>THE TEXAS STOCK EXCHANGE LLC and THE TEXAS ASSOCIATION OF BUSINESS,<br>　*Intervenor-Defendants*. | §§§§§§§§§§§§§§§§ Civil Action No. 1:25-cv-1153-ADA |

## DEFENDANT'S REPLY IN SUPPORT OF RULE 56(d) MOTION TO DEFER OR DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, Ken Paxton, in his Official Capacity as Attorney General of Texas, ("Defendant" or the "Attorney General") adopts and incorporates—by reference—into this reply the form and substance of Dkt. 79, Intervenors' Reply in Support of Intervenors' Motion Pursuant to Rule 56(d) to Defer or Deny Plaintiff's Motion for Summary Judgement ("Intervenors' Reply") as if fully reproduced in this reply. This adoption and incorporation includes all of the legal arguments, factual statements, and requests for relief contained in Intervenors' Reply, as well as all exhibits attached to Intervenors' reply. The Attorney General also incorporates, by reference, into this reply all the bases for dismissal in Defendant's Motion to Dismiss (Dkt. 14.1) and legal arguments and factual statements in Defendant's Response to Plaintiff's Motion for Preliminary Injunction (Dkt. 17).

\* \* \*

The Attorney Generally respectfully requests that the Court either (1) defer or deny Plaintiff's Motion for Summary Judgment (Dkt. 60) under Federal Rule of Civil Procedure 56(d), or (2) deny Plaintiff's Motion for Summary Judgment for the reasons already stated in Defendant's Motion to Dismiss (Dkt. 14.1) and Response to Plaintiff's Motion for Preliminary Injunction (Dkt. 17):

Respectfully submitted.

KEN PAXTON
Attorney General

BRENT WEBSTER
Second Assistant Attorney General

RALPH MOLINA
Deputy Second Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ C. Lee Winkelman*
C. Lee Winkelman
State Bar No. 24042176
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (737) 231-7737
Facsimile: (512) 320-0667
lee.winkelman@oag.texas.gov

**Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this document was served on January 2, 2026 upon all parties who have entered an appearance using the Court's CM/ECF system.

                                            */s/ C. Lee Winkelman*
                                            C. LEE WINKELMAN
                                            Assistant Attorney General