# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| GLASS, LEWIS & CO., LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:25-CV-01153-ADA |
| | § | |
| KEN PAXTON | § | |

## ORDER SETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING VIA ZOOM**, on **Thursday, January 22, 2026 at 01:00 PM**.

IT IS SO ORDERED this 12th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE