UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLASS, LEWIS & CO., LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KEN PAXTON, *in his Official Capacity as Attorney General of Texas*, | ) ) ) ) |
| Defendant, | ) ) ) |
| THE TEXAS STOCK EXCHANGE LLC and THE TEXAS ASSOCIATION OF BUSINESS, | ) ) ) ) |
| Intervenor-Defendants. | ) |

Civil Action No. 1:25-cv-01153-ADA

## ORDER

Pending before this Court is Plaintiff's Motion for Summary Judgment (ECF No. 60), and Mr. Paxton, the Texas Stock Exchange LLC, and the Texas Association of Business's Motion to Defer or Deny Plaintiff's Motion for Summary Judgment (ECF Nos. 69; 70; 85). The Court held oral argument on the motions on January 22, 2026. For the reasons stated on the record, the Court will defer ruling on ECF No. 60. ECF Nos. 69, 70, and 85 are granted. The parties are **ORDERED** to follow the meet and confer instructions provided during the January 22, 2026 hearing related to document production.

**SIGNED** 02/02/2026.

*[signature]*
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE