# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

|  |  |
|---|---|
| GLASS, LEWIS & CO., LLC,<br><br>　　*Plaintiff,*<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>　　*Defendant.* | Civil Action No. 1:25-cv-01153-ADA |

## ATTORNEY DATES OF UNAVAILABILITY

The below Counsel for the Defendant is requesting the Court's courtesy and is submitting an attorney vacation notice to request that no hearings, depositions, or trials related to the above-referenced lawsuit be set from May 5, 2026 through May 17, 2026.

Dated: April 1, 2026

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division

/s/ Scott A. Froman
SCOTT A. FROMAN
Assistant Attorney General
Texas Bar No. 24122079

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Consumer Protection Division
P.O. Box 12548, Capitol Station (MC 010)
Austin, Texas 78711-2548
Telephone: (512) 463-1264
Facsimile: (512) 473-8301
Scott.Froman@oag.texas.gov

*Counsel for the STATE OF TEXAS*

## CERTIFICATE OF SERVICE

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5(a), I hereby certify that on April 1, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

/s/ Scott A. Froman
SCOTT A. FROMAN
Assistant Attorney General