**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| GLASS, LEWIS & CO. LLC, <br>     *Plaintiff*, <br> <br> v. <br> <br> KEN PAXTON, IN HIS OFFICIAL <br> CAPACITY AS ATTORNEY GENERAL <br> OF TEXAS <br>     *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 1:25-cv-01153-ADA |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE
COUNSEL**

TO THE HONORABLE ALAN D. ALBRIGHT:

Defendant, Ken Paxton, in his official capacity as Attorney General of Texas ("Defendant"), files this Unopposed Motion to Withdraw and Substitute Counsel, respectfully showing the Court as follows:

1. Assistant Attorney General Charles Lee Winkelman has been acting as counsel for Defendant in the above-captioned matter.

2. There is good cause to withdraw Mr. Winkelman as counsel for Defendant because he is no longer employed by the Office of the Attorney General of Texas. The withdrawal will not delay these proceedings.

3. Defendant hereby gives notice of the appearance of Assistant Attorney General Joe Nwaokoro. Mr. Nwaokoro is a member in good standing of the State Bar of Texas and has been admitted to the Western District of Texas. Defendant respectfully requests that Mr. Nwaokoro be served with all future correspondence and pleadings in this case. Mr. Nwaokoro's contact information is as follows:

**Joe Nwaokoro**
Texas Bar No. 24032916
Assistant Attorney General
General Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

Dated: August 11, 2026

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 24032916
Southern Dist. No. 30168
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

***COUNSEL FOR DEFENDANT KEN PAXTON,
IN HIS OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF TEXAS***

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 10, 2026, I conferred via email with Plaintiffs' counsel, who is unopposed to the to the requested withdrawal and substitution of counsel.

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2026, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Assistant Attorney General