**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GLASS LEWIS, & CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEN PAXTON, *in his Official Capacity as Attorney General of Texas*,<br><br>Defendant;<br><br>THE TEXAS STOCK EXCHANGE LLC and THE TEXAS ASSOCIATION OF BUSINESS,<br><br>Intervenor-Defendants. | ) | Civil Action No. 25-cv-01153-ADA |
| INSTITUTIONAL SHAREHOLDER SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEN PAXTON, *in his Official Capacity as Attorney General of Texas*,<br><br>Defendant;<br><br>THE TEXAS STOCK EXCHANGE LLC and THE TEXAS ASSOCIATION OF BUSINESS,<br><br>Intervenor-Defendants. | ) | Civil Action No. 25-cv-01160-ADA |

**AMENDED SCHEDULING ORDER**

In accordance with the Court's August 11, 2026, Order, the parties to the above-captioned matter hereby submit the following agreed proposed amended scheduling order. Pursuant to Rule 16 of the

Federal Rules of Civil Procedure, the Court hereby **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| **Date** | **Event** |
|---|---|
| October 20, 2026 | Discovery Deadline.[1] |
| October 30, 2026 | ISS and/or Glass Lewis shall have the right to supplement their motions for summary judgment to address any supplemental authority or evidence. |
| November 13, 2026 | Deadline to file and serve any responses to dispositive motions. Any responses shall be limited to 30 pages. |
| November 23, 2026 | Deadline to file and serve any reply in support of a dispositive motion. Any reply shall be limited to 15 pages, but the Court need not wait for the reply before ruling on the motion. |
| ________, 202__ | Hearing on Plaintiffs' motions for summary judgment. |
| The parties will meet and confer as to remaining deadlines (listed to the right) within one week of the Court's entry of an order on dispositive motions, which will provide clarity on the scope of issues to be tried. | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| | By this date the parties will meet and confer about Motions in Limine to determine which may be agreed. |
| | By this date the parties shall submit to the Court their Motions in Limine. |
| | By this date the parties will submit to the Court their oppositions to Motions in Limine. |
| | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. |
| | Bench Trial Commences. |

[1] The parties agree that expert discovery in the *Glass Lewis* matter (25-cv-01153) is complete and, with the understanding that neither Defendants nor ISS presently intend to serve new expert disclosures, that Defendants and ISS both reserve all rights and objections with respect to experts already disclosed by the parties in the *ISS* matter (25-cv-01160) should circumstances change.

SIGNED this 20th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

AGREED:

By: *\/s/ Bryce Callahan (with permission)*
Counsel for Glass Lewis & Co., LLC

By: */s/ Bruce Oakley (with permission)*
Counsel for Institutional Shareholder Services, Inc.

By: */s/ Joe Nwaokoro (with permission)*
Counsel for Defendant

By: */s/ Mark Rasmussen*
Counsel for Intervenor-Defendants