**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GLASS, LEWIS & CO., LLC,<br>*Plaintiff,*<br><br>v.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS,<br>*Defendant,*<br><br>THE TEXAS STOCK EXCHANGE and THE TEXAS ASSOCIATION OF BUSINESS,<br>*Intervenor-Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:25-cv-01153-ADA |

---

**VACATION NOTICE**

---

To the Clerk of Court and All Parties of Record:

Please note the dates herein where the Texas Attorney General's office will be closed, and the undersigned counsel will be out of the office on vacation. Please do not schedule any hearings or other deadlines during these time periods.

- November 11, 2026 (Attorney General closed)
- November 19-20, 2026 (Counsel out of office)
- November 23-25, 2026 (Counsel out of office)
- November 26-27, 2026 (Attorney General closed)
- December 21-23, 2026 (Counsel out of office)
- December 24-26, 2026 (Attorney General closed)
- December 28-30, 2026 (Counsel out of office)
- December 31, 2026 – January 1, 2027 (Attorney General closed)

Thank you.

Dated: November 9, 2026

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**WILLIAM D. WASSDORF**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 24032916
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 979-5382 | FAX: (512) 477-2348
Joe.Nwaokoro@oag.texas.gov

***COUNSEL FOR DEFENDANT KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS***

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Assistant Attorney General